IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bronaugh, Brandon M

Printed: 11/20/07

Case Number:  07 B 08075
Judge:  Squires, John H

Filed:  5/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 10, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 2. | Ameristar Financial Company | Secured | 11,017.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 3,223.49 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 43.64 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 105.98 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 125.85 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 219.00 | 0.00 |
| 9. | Triad Financial Services | Unsecured | 7,276.10 | 0.00 |
| 10. | Nicor Gas | Unsecured | 58.32 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 40.46 | 0.00 |
| 12. | Internal Revenue Service | Priority |  | No Claim Filed |
| 13. | Armor System Corporation | Unsecured |  | No Claim Filed |
| 14. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 15. | Collection | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 21. | Illinois Dept of Unemployment | Unsecured |  | No Claim Filed |
| 22. | American Collection Corp | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 25. | Pellettieri & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Bronaugh, Brandon M | | Case Number: 07 B 08075 |
| | | Judge: Squires, John H |
| Printed: 11/20/07 | | Filed: 5/3/07 |

| | | | | |
|---|---|---|---|---|
| 26. | RMI/MCSI | Unsecured | | No Claim Filed |
| 27. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 28. | Syncom | Unsecured | | No Claim Filed |
| 29. | Bridgeview 5th Municipal Dist | Unsecured | | No Claim Filed |
| 30. | Nextel Communications | Unsecured | | No Claim Filed |

$ 22,134.84     $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate        Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_